| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | McGREGOR W. SCOTT<br>United States Attorney<br>MICHAEL G. TIERNEY<br>Assistant U.S. Attorney<br>MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401<br>Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 6<br>7 | Attorneys for Plaintiff<br>  UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00191-SAB |
|---|---|
| Plaintiff, | [Citation #7476796 CA/82] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| BLAKE D. WILLIAMSON, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00191-SAB [Citation #7476796 CA/82] against BLAKE D. WILLIAMSON without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 5, 2018                      Respectfully submitted,

                                              McGREGOR W. SCOTT<br>
                                              United States Attorney

                                By:    /s/ Michael G. Tierney<br>
                                                MICHAEL G. TIERNEY<br>
                                                Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:18-po-00191-SAB [Citation #7476796 CA/82] against BLAKE D. WILLIAMSON be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **September 5, 2018**

UNITED STATES MAGISTRATE JUDGE